IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40187
Conference Calendar
_____


WAYNE P. WEAMS,

                                        Plaintiff-Appellant,

versus

PHIL BURKHALTER; CHAMBER COUNTY
SHERIFF'S DEPARTMENT,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-95-CV-138
- - - - - - - - - -
June 26, 1996
Before HIGGINBOTHAM, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    Wayne Weams, #688726, appeals from the district court's dismissal as frivolous pursuant to 28 U.S.C. § 1915(d) of his civil rights complaint. Weams contends that he stated a valid Eighth Amendment violation for denial of adequate medical care. He has abandoned his claim concerning the absence of shower mats by failing to brief it. See Yohey v. Collins, 985 F.2d 222, 225

_____

    [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

(5th Cir. 1993).  We have reviewed the record and Weams' brief and AFFIRM the order of dismissal for essentially the reasons adopted by the district court.  See Weams v. Burkhalter et al., No. G-95-CV-138 (S.D. Tex. Feb. 26, 1996).  Weams is WARNED that the filing of frivolous appeals in the future will result in the imposition of sanctions.

AFFIRMED; SANCTIONS WARNING ISSUED.